**Opinion filed September 8, 2022**



In The

# Eleventh Court of Appeals

_____

## No. 11-21-00289-CR

_____

**DAVID HENRY AUSTIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 104th District Court**

**Taylor County, Texas**

**Trial Court Cause No. 22199-B**

## M E M O R A N D U M   O P I N I O N

David Henry Austin, Appellant, waived a jury and entered an open plea of guilty to the charges against him: aggravated assault (count one) and intoxication assault (count two). *See* TEX. PENAL CODE ANN. § 22.02 (West Supp. 2021), § 49.07 (West 2011). The trial court admonished Appellant and recessed the proceedings so that a presentence investigation report could be prepared. When the proceedings resumed, the State waived the second count of the indictment and proceeded only on count one. Appellant then called witnesses to testify on his behalf. At the end of

the hearing, the trial court accepted Appellant's earlier guilty plea, found Appellant guilty of the offense of aggravated assault, and assessed his punishment at imprisonment for a term of eight years in the Institutional Division of the Texas Department of Criminal Justice. We affirm.

Appellant's court-appointed counsel has filed a motion to withdraw. The motion is supported by a brief in which counsel professionally and conscientiously examines the record and applicable law and states that he has concluded that this appeal is frivolous and without merit. Counsel has provided Appellant with a copy of the brief, a copy of the motion to withdraw, an explanatory letter, a copy of the clerk's record and the reporter's record, and a pro se motion for access to the appellate record. Counsel advised Appellant of his right to review the record and file a response to counsel's brief. Counsel also advised Appellant of his right to file a pro se petition for discretionary review in order to seek review by the Texas Court of Criminal Appeals. *See* TEX. R. APP. P. 68. Court-appointed counsel has complied with the requirements of *Anders v. California*, 386 U.S. 738 (1967); *Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014); *In re Schulman*, 252 S.W.3d 403 (Tex. Crim. App. 2008); and *Stafford v. State*, 813 S.W.2d 503 (Tex. Crim. App. 1991).

Appellant filed a response to counsel's *Anders* brief. We have reviewed Appellant's *Anders* response. In addressing an *Anders* brief and pro se response, a court of appeals may only determine (1) that the appeal is wholly frivolous and issue an opinion explaining that it has reviewed the record and finds no reversible error or (2) that arguable grounds for appeal exist and remand the cause to the trial court so that new counsel may be appointed to brief the issues. *Schulman*, 252 S.W.3d at 409; *Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005). Following

the procedures outlined in *Anders* and *Schulman*, we have independently reviewed the record, and we agree with counsel that no arguable grounds for appeal exist.[1]

We grant counsel's motion to withdraw, and we affirm the judgment of the trial court.

PER CURIAM

September 8, 2022

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.

---

[1]We note that Appellant has a right to file a petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure.